UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 11-40826 |
| | ) | Chapter 7 |
| GERALD WAYNE MEAD, | ) | |
| aka Jerry Wayne Mead | ) | |
| SSN/ITIN xxx-xx-3319 | ) | |
| | ) | |
| and | ) | DISCLOSURE OF COMPENSATION |
| | ) | |
| BARBARA KAY MEAD, | ) | |
| SSN/ITIN xxx-xx-8538 | ) | |
| | ) | |
| Debtors. | ) | |

1. <u>Received or promised</u>.  Pursuant to 11 U.S.C. § 329(a), Fed.R.Bankr.P. 2016(b), and Bankr. D.S.D. R 2016-1(a), I declare that within one year of the filing of the petition in this case I have been paid or will be paid the following fees by Debtors for services rendered or to be rendered in contemplation of or in connection with this case:

|     |                                                              |   |           |
|-----|--------------------------------------------------------------|---|-----------|
| (a) | Compensation for legal services (flat fee)                   |   | $1,200.00 |
| (b) | Costs, including the filing fee but excluding sales tax      | + | $   325.00 |
| (c) | Sales tax on compensation                                    | + | $    72.00 |
| (d) | Total:                                                       | = | $1,600.00 |
| (e) | I have received:                                             | − | $1,600.00 |
| (f) | I am still owed:                                             | = | $    -0-  |

2. <u>Services to be rendered</u>.  In return for the compensation set forth above, I have rendered or will render the following legal services:

   a.  analyzing Debtors' financial situation and rendering advice to Debtors in determining whether to file a petition in bankruptcy and, if so, under what chapter;

   b.  preparing and filing Debtors' petition, schedules, and statement;

   c.  representing Debtors at the meeting of creditors; and

   d.  preparing and filing a motion to discharge judgments under S.D.C.L. § 15-16-20.

If other post-petition legal services are required, these services will be billed to Debtors at $220.00 per hour for my work, and $120.00 per hour for the work of my paralegals, plus actual expenses.  Debtors understand any additional fees incurred post-petition must be paid personally from assets that are not part of the bankruptcy estate.  If the case is converted to another chapter Debtors further understand a different fee agreement will be necessary and post-conversion fees may be paid as part of a plan.

3.  <u>Supplemental Disclosure</u>.  I will file a supplemental disclosure of compensation if this agreement changes or if I actually receive additional fees for other services or costs in this case that have not been disclosed.

4.  <u>Fee Sharing</u>.  I have not shared or agreed to share my fees with anyone who is not a member or an associate of my law firm.

5.  <u>Unpaid Fees</u>.  If the fees for my pre-petition services, sales tax, and expenses (including filing fee) have not been paid in full pre-petition (see paragraph 1 above), I understand and have advised Debtors that while Debtors may voluntarily pay any amount I am still owed, that amount will be discharged, and I will not be able to take any action to collect any portion of it, unless and until Debtors and I enter into a reaffirmation agreement and the Court approves the reaffirmation agreement following a hearing that Debtors must attend.

Dated:    10-17-11


 /s/ RANDALL B. BLAKE
Randall B. Blake
Attorney for Debtors
505 West Ninth Street
Suite 201
Sioux Falls, SD  57104-3698
(605) 336-8980
bky.blakelaw@midconetwork.com